CAMPBELL & WILLIAMS
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
PHILIP R. ERWIN, ESQ. (11563)
pre@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

LEVINE SULLIVAN KOCH & SCHULZ, LLP
SETH D. BERLIN (*pro hac vice* to be filed)
sberlin@lskslaw.com
1899 L Street, NW, Suite 200
Washington, D.C. 20036
Telephone: (202) 508-1122
Facsimile: (202) 861-9888

Attorneys for Defendant
Gawker Media, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| HANNAH CORNETT, an individual, | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) |
| vs. | ) **NOTICE OF REMOVAL** |
| | ) |
| GAWKER MEDIA, LLC, a limited liability | ) |
| company; A.J. DAULERIO, an individual, | ) |
| | ) |
| Defendant. | ) |

**TO THE CLERK IN THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT Defendant GAWKER MEDIA, LLC ("Gawker"), pursuant to 28 U.S.C. § 1446(a), hereby removes the action entitled *Cornett v. Gawker Media, LLC et al.*, Case No. A-13-686333-C, from Department I of the Eighth Judicial District Court of the State of Nevada for Clark County to the United States District Court for the District of Nevada. The removal of this case is based upon the following grounds:

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222  •  Fax: 702.382.0540
www.campbellandwilliams.com

1.      Pursuant to 28 U.S.C. § 1441, a civil action brought in state court may be removed to the United States District Court embracing the place where the state action is pending provided there is original jurisdiction.  Here, removal of this case is appropriate because this Court has original jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332.

2.      Plaintiff Hannah Cornett alleges that she is a citizen of the state of California.  *See* Exhibit "A," Civil Cover Sheet and Complaint, ¶ 10.  Defendant Gawker Media, LLC is a Delaware limited liability company that maintains its principal place of business in New York. *See* Exhibit "A," Civil Cover Sheet and Complaint, ¶ 11.  As such, the parties' diversity of citizenship is not in dispute.[1]

3.      The amount in controversy exceeds $75,000 as Plaintiff Cornett requests general and special damages in excess of $50,000 for each of the three (3) causes of action alleged in the Complaint.  *See* Exhibit "A," Civil Cover Sheet and Complaint, Prayer for Relief.  Plaintiff Cornett likewise seeks punitive and exemplary damages on her first cause of action for Defamation and her second cause of action for "False Light Invasion of Privacy."  The amount in controversy, therefore, exceeds $75,000.

4.      Defendant Gawker was served with the Complaint on August 2, 2013. Accordingly, this Notice is timely as required by 28 U.S.C. § 1446(a).

5.      Defendant Gawker shall serve the instant Notice on Plaintiff and will file a Notice of Filing of Removal with the Eighth Judicial District Court of the State of Nevada.

6.      Gawker provides this Court with the following documents from the state court:

- Civil Cover Sheet and Complaint, attached hereto as Exhibit "A."

- Initial Appearance Fee Disclosure, attached hereto as Exhibit "B."

---

[1]     Defendant A.J. Daulerio, who is alleged to be a citizen of New York, has not been served with the Complaint at the time of filing and, thus, does not need to join this Notice of Removal. *See Destfino v. Reiswig*, 630 F.3d 952, 957 (9th Cir. 2011).

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222  •  Fax: 702.382.0540
www.campbellandwilliams.com

- Summons, attached hereto as Exhibit "C."

- Proof of Service on Gawker Media, LLC, attached hereto as Exhibit "D."

- Notice of Posting of Non-Resident Cost Bond, attached hereto as Exhibit "E."

DATED this 30th day of August, 2013.

CAMPBELL & WILLIAMS

By /s/ *J. Colby Williams*
J. COLBY WILLIAMS, ESQ. (5549)
PHILIP R. ERWIN, ESQ. (11563)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

LEVINE SULLIVAN KOCH & SCHULZ, LLP
SETH D. BERLIN (*pro hac vice* to be filed)
1899 L Street, NW, Suite 200
Washington, D.C. 20036
Telephone: (202) 508-1122
Facsimile: (202) 861-9888

*Attorneys for Defendant Gawker Media, LLC*

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222  •  Fax: 702.382.0540
www.campbellandwilliams.com

3

## CERTIFICATE OF SERVICE

I certify that I am an employee of Campbell & Williams and that I did, on the 30th day of August, 2013, serve upon the attorneys in this action a copy of the foregoing **NOTICE OF REMOVAL** in a sealed envelope, to the following counsel and that postage was fully prepaid thereon:

Airene Williamson, Esq.
Williamson Law Office, PLLC
1060 Wigwam Parkway
Henderson, Nevada 89074

Stephen M. Kernan
The Kernan Law Firm
9663 Santa Monica Blvd., #450
Beverly Hills, California 90210

*Attorneys for Plaintiff*

/s/ Lucinda Martinez
An Employee of Campbell & Williams

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222  •  Fax: 702.382.0540
www.campbellandwilliams.com

4

# EXHIBIT A

# EXHIBIT A

# EHIBIIT A

CIVIL COVER SHEET

A- 13- 686333- C

County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

## I. Party Information

| | |
|---|---|
| Plaintiff(s) (name/address/phone): | Hannah Cornett<br>C/O 1060 Wigwam Parkway<br>Henderson, Nevada 89074 |
| Attorney (name/address/phone): | Airene Williamson, Esq.<br>1060 Wigwam Parkway<br>Henderson, Nevada 89074<br>(702)823-3311 |
| Defendant(s) (name/address/phone): | Gawker Media, LLC, a limited liability company; A.J. Daulerio, an individual and Does 1 through 20, inclusive |
| Attorney (name/address/phone): | |

## II. Nature of Controversy (Please check applicable bold category and applicable subcategory, if appropriate)

☐ **Arbitration Requested**

### Civil Cases

| Real Property | Torts |
|---|---|

**Real Property**

☐ **Landlord/Tenant**
  ☐ Unlawful Detainer
☐ **Title to Property**
  ☐ Foreclosure
  ☐ Liens
  ☐ Quiet Title
  ☐ Specific Performance
☐ **Condemnation/Eminent Domain**
☐ **Other Real Property**
  ☐ Partition
  ☐ Planning/Zoning

**Torts**

Negligence
☐ **Negligence – Auto**
☐ **Negligence – Medical/Dental**
☐ **Negligence – Premises Liability**
  (Slip/Fall)
☐ **Negligence – Other**

☐ **Product Liability**
  ☐ Product Liability/Motor Vehicle
  ☐ Other Torts/Product Liability
☐ **Intentional Misconduct**
  ☑ Torts/Defamation (Libel/Slander)
  ☐ Interfere with Contract Rights
☐ **Employment Torts** (Wrongful termination)
☐ **Other Torts**
  ☐ Anti-trust
  ☐ Fraud/Misrepresentation
  ☐ Insurance
  ☐ Legal Tort
  ☐ Unfair Competition

**Probate**

Estimated Estate Value: _____

☐ **Summary Administration**
☐ **General Administration**
☐ **Special Administration**
☐ **Set Aside Estates**
☐ **Trust/Conservatorships**
  ☐ Individual Trustee
  ☐ Corporate Trustee
☐ **Other Probate**

**Other Civil Filing Types**

☐ **Construction Defect**
  ☐ Chapter 40
  ☐ General
☐ **Breach of Contract**
  ☐ Building & Construction
  ☐ Insurance Carrier
  ☐ Commercial Instrument
  ☐ Other Contracts/Acct/Judgment
  ☐ Collection of Actions
  ☐ Employment Contract
  ☐ Guarantee
  ☐ Sale Contract
  ☐ Uniform Commercial Code
☐ **Civil Petition for Judicial Review**
  ☐ Foreclosure Mediation
  ☐ Other Administrative Law
  ☐ Department of Motor Vehicles
  ☐ Worker's Compensation Appeal

☐ **Appeal from Lower Court** (*also check applicable civil case box*)
  ☐ Transfer from Justice Court
  ☐ Justice Court Civil Appeal
☐ **Civil Writ**
  ☐ Other Special Proceeding
☐ **Other Civil Filing**
  ☐ Compromise of Minor's Claim
  ☐ Conversion of Property
  ☐ Damage to Property
  ☐ Employment Security
  ☐ Enforcement of Judgment
  ☐ Foreign Judgment – Civil
  ☐ Other Personal Property
  ☐ Recovery of Property
  ☐ Stockholder Suit
  ☐ Other Civil Matters

## III. Business Court Requested (Please check applicable category; *for Clark or Washoe Counties only.*)

☐ NRS Chapters 78-88
☐ Commodities (NRS 90)
☐ Securities (NRS 90)

☐ Investments (NRS 104 Art. 8)
☐ Deceptive Trade Practices (NRS 598)
☐ Trademarks (NRS 600A)

☐ Enhanced Case Mgmt/Business
☐ Other Business Court Matters

8/1/2013
Date

Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC – Research and Statistics Unit

Form PA 201
Rev. 2.5E

Electronically Filed
08/01/2013 03:24:09 PM

*[signature]*

CLERK OF THE COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILLIAMSON LAW OFFICE, PLLC

**COMP**
Airene Williamson, Esq.
Nevada State Bar # 11594
Williamson Law Office, PLLC
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone: (702) 823-3311
Facsimile: (702) 309-1085
E-mail: awilliamson@wlawoffice.com

Of Counsel
(*Pro Hac Vice* Application To Be Filed)

Stephen M. Kernan
The Kernan Law Firm
9663 Santa Monica Blvd., 450
Beverly Hills, California 90210
Telephone: (310) 490-9777

Attorneys for Plaintiff
HANNAH CORNETT

DISTRICT COURT OF NEVADA, EIGHTH JUDICIAL DISTRICT

FOR CLARK COUNTY

| | |
|---|---|
| HANNAH CORNETT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GAWKER MEDIA, LLC, a limited liability company; A.J. DAULERIO, an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. A-13-686333-C <br><br> DEPT NO. I <br><br> **COMPLAINT FOR:** <br><br> 1. **DEFAMATION** <br><br> 2. **FALSE LIGHT INVASION OF PRIVACY** <br><br> 3. **NEGLIGENT INTERFERENCE WITH PROSECTIVE ECONOMIC ADVANTAGE** <br><br> Arbitration Exemption Claimed (Declaratory Relief/Equitable Relief/Extraordinary Relief) |

Plaintiff HANNAH CORNETT ("Plaintiff" or "Ms. Cornett"), as and for her Complaint

1

WILLIAMSON LAW OFFICE, PLLC

1    against Defendants GAWKER MEDIA, LLC ("Gawker"), A.J. DAULERIO ("Daulerio") and DOES

2    1 through 20 inclusive (collectively, "Defendants"), alleges as follows:

3                      **INTRODUCTION & FACTUAL BACKGROUND**

4         1.      This action exposes the continuing demise of journalistic integrity as more and more

5    online publications, purporting to be reputable news outlets, race to be the first to post online

6    sensational and inflammatory articles without research and with total disregard for the truth. Some

7    reporters and publications, in a rush to "scoop" the story, team up with and rely upon highly

8    questionable "sources" without any actual investigation. Combined with an unscrupulous, dishonest

9    "source" with an ax to grind and you have the perfect poison. So it is here.

10        2.      Few publications better exemplify the demise of journalistic integrity in America than

11    Gawker. Through its publication, Deadspin.com, Gawker facilitated a series of fraudulent articles

12    written by Gawker's editor-in-chief, defendant A.J. Daulerio, in an attempt to wreak havoc on Ms.

13    Cornett's personal and professional life. The articles, published on September 15, September 16,

14    September 20, and September 23, 2011, are absurdly grouped under the title, "The Surfer Grifter"

15    (hereinafter the "Articles"). These articles, falsely portray Ms. Cornett as a "grifter," that is,

16    someone who commits larceny through trickery.

17        3.      In actual fact, Ms. Cornett committed no crimes, and certainly did not commit

18    larceny, and Defendants fabricated that Ms. Cornett committed a crime, all without any investigation

19    regarding whether a crime was even committed.

20        4.      Compounding its insults and injuries to Cornett, Defendants then falsely reported that

21    Ms. Cornett lied about her professional accomplishments.

22        5.      These fabrications and malicious acts took place in an online feature article posted on

23    September 15, 2011, titled *The Surfer Grifter: The Weird Tale of Hannah Cornett And Her $20K*

24    *Vegas Hotel Bill* (the "Story"), a true copy of which is attached hereto as Exhibit "A" and

25    incorporated herein.

26        6.      Corentt later determined that Gawker had abused its power as a "media" outlet,

27    because A.J. Daulerio, the author of these articles, was actually a friend of Alesi, and Daulerio wrote

28    the false and defamatory articles about Cornett solely to help his friend Alesi. Specifically, Alesi

WILLIAMSON LAW OFFICE, PLLC

1  wanted to pressure Cornett to pay Alesi's hotel bill, and the Articles written for that nefarious

2  purpose. Both Alesi and the Defendants knew that Alesi was fully responsible for the hotel bill in

3  question, but they believed that, through the publication of the defamatory Articles, they could exert

4  undue pressure on Cornett to force her to pay a bill that she did not owe.

5      7.    On September 15, September 16, September 20, and September 23, 2011,

6  Gawker.com published Articles accusing Ms. Cornett, explicitly and/or implicitly, of:

7          a.    Committing criminal conduct as a "grifter" by committing larceny;

8          b.    Claiming that Cornett had fabricated her career as an athlete; for example,

9      Defendant stated that Ms. Cornett:

10         i. Did not receive 1st place in the 2008 Cleveland Triathlon, when in fact she

11         did;

12         ii. Did not receive 3rd place in the Redondo Beach Triathlon, when in fact she

13         did.

14 These false claims are hereafter referred to as the "Accusations."

15     **CORNETT NEVER "GRIFTED" ALESI; THIS COURT ALREADY FOUND THAT**

16     **CORNETT WAS NOT RESPONSIBLE FOR ANY OF ALESI'S HOTEL BILL**

17     8.    Alesi was never "grifted", nor was any act of larceny committed, nor was Cornett in

18 any way legally responsible for Alesi's hotel bill. On or about July 1, 2013, Cornett prevailed in an

19 arbitration in the case of *Alesi v. Cornett*, Case No. A-11-653891-C, District Court, Clark County,

20 Nevada, a related action that was pending in this court. The finding of the arbitrator was that Cornett

21 owed absolutely no monies to Alesi. Thus, she could not have "grifted" Alesi, because she did not

22 owe Alesi any money.

23     **THE COSMOPOLITAN HOTEL LAS VEGAS WITNESSES**

24     9.    The alleged "grifting" took place in Las Vegas, Nevada at the Cosmopolitan Hotel.

25 The percipient witnesses from the Cosmopolitan Hotel—all of whom are located in Las Vegas,

26 Nevada—will testify there was no "grifting" and that Alesi voluntarily assumed the bill for the hotel,

27 and that the hotel charges were largely incurred not by Cornett but another woman in the room that

28 Alesi had a relationship with. Thus, Defendants' Articles twisted the truth, acclaiming that Cornett

1   had committed a crime (grifting aka larceny).  In fact, Cornett prevailed in the civil action brought

2   by Alesi, which confirmed that Cornett engaged in no such "grifting", larceny or otherwise.  Rather,

3   the claims were fabricated by Alesi, and also the Defendants who published the false Accusations.

4   **THE PARTIES**

5         10.    Plaintiff HANNAH CORNETT is an actress, athlete, and philanthropist.  She

6   presently maintains a residence in California.

7         11.    Plaintiff is informed and believes, and based thereon alleges, that Defendant

8   GAWKER MEDIA LLC is based in New York, New York and conducts business through the world.

9   Plaintiff is informed and believes, and based thereon alleges, that Gawker owns and operates the

10   website located at URL www.deadspin.com (the "Website") and that the Articles at issue in this

11   action were published by Defendants on the Website, and was available to, and targeted, readers in

12   the State of Nevada and Clark County.

13         12.    Plaintiff is informed and believes, and based thereon alleges, that Defendant A.J.

14   Daulerio is an individual located in New York, New York, was the editor in chief of Gawker and the

15   Website, as well as a reporter and editor, and wrote and/or edited theArticles.

16         13.    Plaintiff is informed and believes, and based thereon alleges, that pursuant to Nevada

17   Rules of Civil Procedure § 10(a) and *Nuremberger Hercules-Werke GMBH v. Virostck*, 107 Nev.

18   873, 822 P.2d 1100 (1991), the fictitiously named Defendants sued herein as Does 1 through 20,

19   inclusive, and each of them, were in some manner responsible or legally liable for the actions,

20   events, transactions and circumstances alleged herein. The true names and capacities of such

21   fictitiously named Defendants, whether individual, corporate, associate, or otherwise, are presently

22   unknown to Plaintiff and Plaintiff will seek leave of the Court to amend the Complaint to assert the

23   true names and capacities of such fictitiously named Defendants when the same have been

24   ascertained. For convenience, each reference to "Defendants" shall include the Doe Defendants, and

25   each of them.

26         14.    Plaintiff is informed and believes, and based thereon alleges, that Defendants, and

27   each of them, are and were at all times herein mentioned, the agents, servants, employees or joint

28   venturers of each of the other Defendants, and at all times herein mentioned were acting within the

WILLIAMSON LAW OFFICE, PLLC

1    course and scope of said agency, employment, or service in furtherance of the joint venture.

2    <u>**FIRST CAUSE OF ACTION**</u>

3    <u>**Defamation**</u>

4       15.    Plaintiff Cornett incorporates by reference each and every allegation of paragraphs 1

5    through 14, inclusive, as though fully set forth herein.

6       16.    The Articles as a whole and each of the Accusations are false.

7       17.    The Articles as a whole and each of the Accusations are of and concerning Ms.

8    Cornett, and persons who read the Articles would reasonably understand the references therein to be

9    references to Ms. Cornett.

10       18.    The Articles as a whole and each of the Accusations are defamatory and libelous on

11    their face to Ms. Cornett and expose her to hatred, contempt, ridicule and obloquy, and/or cause her

12    to be shunned or avoided and tend to injure her in her occupation.

13       19.    Upon information and belief, Ms. Cornett alleges that the Articles as a whole and

14    each of the Accusations were made by each of the Defendants with knowledge of their falsity or

15    with reckless disregard for their truth or falsity.

16       20.    Upon information and belief, Ms. Cornett alleges that the story as a whole and each

17    of the Accusations were made by each of the Defendants in a grossly irresponsible manner with want

18    of due care.

19       21.    Several news publication have picked up the Articles and are running republications

20    on their online websites. Defendants' conduct resulted in the republications, which caused and

21    continue to cause additional and further damage to Ms. Cornett.

22       22.    Ms. Cornett has been suffered harm as a direct and proximate result of Defendants'

23    conduct, including without limitation, harm to her reputation, career, professional character and

24    standing in the community.

25       23.    Ms. Cornett has been suffered harm as a direct and proximate result of Defendants'

26    conduct, including without limitation, harm to her reputation, career, professional character and

27    standing in the community.

28

WILLIAMSON LAW OFFICE, PLLC

24.   As a direct and proximate result of the above-described conduct by Defendants, Ms. Cornett has suffered general and special damages in an amount in excess of $50,000.00 to be determined by proof at time of trial.

25.   Upon information and belief, Ms. Cornett alleges that each Defendant's conduct was done with oppression, fraud and malice, and therefore, the conduct of each Defendant justifies an award of punitive and exemplary damages.

26.   Ms. Cornett has been forced to retain an attorney due to Defendants conduct, and thus is entitled to reasonable attorney's fees pursuant to Nevada Rules of Civil Procedure § 9(g).

27.   Upon information and belief, Ms. Cornett alleges that, unless enjoined and restrained by the Court, Defendants will republish, repeat and continue to disseminate the Articles, all to the continuing injury of Ms. Cornett; that such continued republication, repetition and dissemination of the defamatory and offensive falsehoods will cause irreparable harm to Plaintiff by damaging her reputation and adversely affecting her career, philanthropic and business efforts, as well as her personal relationships.

28.   Upon information and belief, Ms. Cornett alleges that she lacks an adequate remedy at law insofar as damages will be very difficult to calculate for such on-going injuries. By reason of the foregoing, Ms. Cornett is entitled to permanent injunction and restraining Defendants, and each of them, and all persons acting in concert with them, from republishing, repeating, distributing or otherwise disseminating the Articles.

## SECOND CAUSE OF ACTION

### False Light Invasion of Privacy

29.   Plaintiff incorporates by reference each and every allegation of paragraphs 1 through 27, inclusive, as though fully set forth herein.

30.   The Articles as a whole and each of the Accusations were widely publicized by Defendants.

31.   The Articles as a whole and each of the Accusations are false.

WILLIAMSON LAW OFFICE, PLLC

6

WILLIAMSON LAW OFFICE, PLLC

32.    The Articles as a whole and each of the Accusations are of and concerning Ms. Cornett, and the persons who read the Articles would reasonably understand the references therein to be reference to Ms. Cornett.

33.    To the extent that all or any part of the Articles as a whole or any of the Accusations are found not to be defamatory of Ms. Cornett, the Articles, and the Accusations place Ms. Cornett in a false light before the public, without right or justification.

34.    The Articles and Accusations were published online, and thus were communicated to the public at large.

35.    The false light in which Ms. Cornett has been placed by Defendants' Articles and Accusations would be highly offensive to reasonable persons.

36.    Upon information and belief, Ms. Cornett alleges that the Articles as a whole and each of the Accusations were made by Defendants, and each of them, with knowledge of their falsity or with reckless disregard for their truth or falsity.

37.    Upon information and belief, Ms. Cornett alleges that the story as a whole and each of the Accusations were made by Defendants, and each of them, in a grossly irresponsible manner with want of due care.

38.    Several news publications have picked up the Articles and are running republications on their online websites as well. Defendants' conduct resulted in the republications, which caused and continue to cause additional and further damage to Ms. Cornett.

39.    Ms. Cornett has been suffered harm as a direct and proximate result of Defendants' conduct, including without limitation, harm to her reputation, career, professional character and standing in the community. Further Ms. Cornett suffered emotional distress and anguish from having her professional and personal integrity torn down.

40.    As a direct and proximate result of the above-described conduct by Defendants, Ms. Cornett has suffered general and special damages in an amount in excess of $50,000.00 to be determined by proof at time of trial.

41.    Ms. Cornett has been forced to retain an attorney due to Defendants conduct, and thus is entitled to reasonable attorney's fees pursuant to Nevada Rules of Civil Procedure § 9(g).

7

42. Upon information and belief, Ms. Cornett alleges that each Defendant's conduct was done with oppression, fraud and malice, and therefore, the conduct of each Defendant justifies an award of punitive and exemplary damages.

43. Upon information and belief, Ms. Cornett alleges that, unless enjoined and restrained by the Court, Defendants will republish, repeat and continue to disseminate the Articles, all to the continuing injury of Ms. Cornett; that such continued republication, repetition and dissemination of the defamatory and offensive falsehoods will cause irreparable harm to Plaintiff by damaging her reputation and adversely affecting her career, philanthropic and business efforts, as well as her personal relationships.

44. Upon information and belief, Ms. Cornett alleges that she lacks an adequate remedy at law insofar as damages will be very difficult to calculate for such on-going injuries. By reason of the foregoing, Ms. Cornett is entitled to permanent injunction and restraining Defendants, and each of them, and all persons acting in concert with them, from republishing, repeating, distributing or otherwise disseminating the Articles.

### THIRD CAUSE OF ACTION

#### Negligent Interference with Prospective Economic Advantage

45. Plaintiff incorporates by reference each and every allegation of paragraphs 1 through 43, inclusive, as though fully set forth herein.

46. Pursuant to the underlying facts alleged hereinabove, Defendants engaged in acts that constitute Negligent Interference with Prospective Economic Advantage

47. Ms. Cornett has been suffered harm as a direct and proximate result of Defendants' conduct, including without limitation, harm to her reputation, career, professional character and standing in the community. Further Ms. Cornett suffered emotional distress and anguish from having her professional and personal integrity torn down.

48. As a direct and proximate result of the above-described conduct by Defendants, Ms. Cornett has suffered general and special damages in an amount in excess of $50,000.00 to be determined by proof at time of trial.

WILLIAMSON LAW OFFICE, PLLC

49.     Ms. Cornett has been forced to retain an attorney due to Defendants conduct, and thus is entitled to reasonable attorney's fees pursuant to Nevada Rules of Civil Procedure § 9(g).

50.     Upon information and belief, Ms. Cornett alleges that, unless enjoined and restrained by the Court, Defendants will republish, repeat and continue to disseminate the Articles, all to the continuing injury of Ms. Cornett; that such continued republication, repetition and dissemination of the defamatory and offensive falsehoods will cause irreparable harm to Plaintiff by damaging her reputation and adversely affecting her career, philanthropic and business efforts, as well as her personal relationships.

51.     Upon information and belief, Ms. Cornett alleges that she lacks an adequate remedy at law insofar as damages will be very difficult to calculate for such on-going injuries. By reason of the foregoing, Ms. Cornett is entitled to permanent injunction and restraining Defendants, and each of them, and all persons acting in concert with them, from republishing, repeating, distributing or otherwise disseminating the Articles.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff prays for judgment against Defendants as follows:

ON THE FIRST CAUSE OF ACTION:

1.     For compensatory damages in excess of $50,000.00;

2.     For punitive and exemplary damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct;

3.     For a permanent injunction;

4.     For a printed retraction and apology;

**ON THE SECOND CAUSE OF ACTION:**

5.     For compensatory damages in excess of $50,000.00;

6.     For punitive and exemplary damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct;

7.     For a permanent injunction;

8.     For a printed retraction and apology;

WILLIAMSON LAW OFFICE, PLLC

9

**ON THE THIRD CAUSE OF ACTION:**

9.     For compensatory damages in excess $50,000.00;

10.    For a permanent injunction;

11.    For a printed retraction and apology;

**ON ALL CAUSES OF ACTION:**

12.    For pre-judgment interest and post-judgment interest as against all Defendants, according to law; and

13.    For any other and further relief as the Court deems just and proper.


DATE:   August 1, 2013                          WILLIAMSON LAW OFFICE, PLLC

                                                By:_____
                                                   Airene Williamson
                                                   Attorneys for HANNAH CORNETT

WILLIAMSON LAW OFFICE, PLLC

EXHIBIT "A"

DEADSPIN 

# The Surfer Grifter: The Weird Tale Of Hannah Cornett And Her $20K Vegas Hotel Bill (UPDATE)

A.J. DAULERIO



The name on the hotel room at the Cosmopolitan in Las Vegas was Hanna Cornett. Sometimes she goes by Hannah, with two H's. Her Wikipedia page describes her as a "professional actor, surfer, and model." Her age is usually given as 29, but she's two years older than that. According to some of her online CVs, she's also an accomplished triathlete, an executive producer, and a humanitarian of sorts. Recently, *US Weekly* caught up with her at a red carpet charity event where she told the magazine she had reunited with an old flame, *Entourage* star Adrian Grenier:

> The second time around, we are kind of starting to talk about [marriage and] whether or not it would work out. I'm kind of like ready to go. Ready with like the right guy at the right time. A tropical wedding!

If Grenier and Cornett have dated, the Bauer-Griffin celebrity photo archive has no pictures of them together, either the first time around or the second. That's not the only shortage of evidence in Cornett's biography. Some of the details above are a mishmash of embellishments and flat-out untruths floated by Cornett throughout her career. Aside for the US interview, Cornett herself has been hard to find lately, particularly for the unlucky fella whose credit card absorbed the $20,626.61 in charges she racked up at the

Cosmopolitan Hotel in Las Vegas this past May.

Deadspin was first contacted about Cornett by the owner of the credit card, who we're going to call Dave, which is not his real name. Dave lives in New York City and has a successful business career. He reached out to us because Cornett had told him she was a pro surfer—more on that in a bit—and he hoped that publicizing the exorbitant charges to sports readers might help him track Cornett down, and encourage her to pay the bill.

Dave has tried to contact Cornett by phone and email, but she's not responded. Making the situation more awkward is the fact that Dave had barely known her before he invited her to join him in Vegas for a weekend.

They had met at the SL Lounge in New York's Meatpacking District. They hung out that night, and Cornett regaled Dave with stories about her surfing accomplishments and upcoming tournaments she was participating in. She told him about how she had done her own stunts for the movie *Soul Surfer*.

"She seemed cool, we'd hit it off," Dave said. They communicated through text messages and Facebook exchanges soon after that. It was flirty, but friendly and Dave thought he'd found himself a new hangout partner for spontaneous adventures. "She said she'd never been to Vegas before and I happened to be going soon for a conference and I invited her along," Dave said. Cornett was up for the trip.

He booked the flight. He booked the hotel rooms. "Separate," he said. "Because it was the gentlemanly thing to do." Dave first wondered if he'd picked the wrong gal to tag along on an impromptu getaway when she'd called him and asked if she could change her flight. "She asked for my credit card number and said she'd take care of it herself," he said. "I didn't feel comfortable doing that." But once they were there, he did plop down his card for Hannah's room for incidentals.

Dave said he and Hannah hung out for a little when they both checked in on Monday. He chatted with her in her room, and a friend was there with her. She was using the minibar. First, a $5.41 purchase for orange juice. Then some room service for $26.44. Fine. "Incidentals!" he told us over the phone, emphatically.

"I wasn't going to complain about the small stuff," he said. "Even a massage wouldn't have been out of the question."

Soon after that initial meeting, Dave went to his conference and Cornett holed up in her room. "She said she was sick, but we were talking the whole time," he said. "I didn't think it was that big of a deal." But what Dave didn't know is that Cornett was just beginning to add incidentals.

That first day, Cornett picked up four charges at the hotel's Sahra Spa and Hammam, ranging from $41.06 to $354. Tuesday was just room service and the minibar, including "BRUT CHAMP" for $30.72. On Wednesday...

Wednesday is where the invoice gets interesting. Beyond minibar charges including $32.43 in champagne— plus "SMART WATE," "RED BULL," "RUSSIAN VO," "GREY GOOSE," and "ROMANCE KI"—Cornett ordered a movie ($12.95) and ran up a few more expenses:

\* $1,966.33 at the Sabra Spa

\* $1,838.20 at Eat!Drink!

\* $3,013.63 at Monogram, the hotel's "gift and apparel store."

She used all three places multiple times throughout her four-night stay, in addition to the hourly minibar purchases (Friday, before checkout: "YOOHOO," $5.41) and multiple room service charges.

Dave had checked out Thursday, a day before Cornett. She asked him to stay an extra night and he was okay with that because he didn't suspect anything was out of the ordinary with his card at that time. It wasn't until he got home that he received the full bill—$20,586.01.

According to the hotel, the Cosmopolitan's policy is that once a card has been placed on the room, they are under no obligation to let the cardholder know about any expensive purchases. Dave says that Cornett signed for all the purchases with her own name. This was his most recent correspondence with her:

On May 31, 2011, at 7:08 PM, [Redacted]<[Redacted]@gmail.com> wrote:

Hanna - Attached you will find the bill for Cosmopolitan Las Vegas. I DID NOT approve any of these charges nor was I made aware that you were using the room to go on a shopping spree. This is 1st Degree Grand Larceny. I expect to be paid for all items listed on this bill or I am turning this matter over to the Las Vegas Police Department. The Cosmopolitan has made me aware that all shops have video monitoring, so if it is not you or Carlie Cutler please let me know. This is a major problem and I will be contacting the police tomorrow if we do not have this resolved.

Call me at [Redacted] to discuss this matter.

From: Hannah Cornett <[redacted]@me.com>
Subject: Re: Guest Folio for The Cosmopolitan of Las Vegas
Date: May 31, 2011 10:17:10 PM EDT
To: [redacted]<[redacted]@gmail.com>

I will take care of the immediately, thank you for bringing this to my attention.

Cornett never followed up after that. So Dave retained an attorney who fired off this letter to her email:

LAW OFFICE OF
WILLIAM G. KENNEDY, ESQ.

Again, no response. We've tried to contact Cornett at her me.com email address and the phone number she gave to David, but have also received no response. Per one of her Facebook pages, we tried to corroborate some other information about Cornett. Her manager, listed as Marcieanna Jasko of SpecialArtists, hasn't worked at that company for years. April Dorn of SpecialArtists did confirm Cornett as a client but did not send along her professional bio as we requested and would not supply any way to get in touch with her. Her publicist, listed as Michael Neaman of MNPR-LLC, appears to have dropped off the planet. And MNPR-LLC was never a business that existed, at least according to the California State Department.

On another one of her Facebook pages (which was made private in the last 24 hours), Cornett lists some of her athletic achievements.

2008 Competitions
Escape From Alcatraz Triathlon - 4th, San Francisco, California
USaT World Championships - 4th Cancun, Mexico
MX SUMA International Triathlon - 1st Ohio
Cleveland Triathlon - 1st, Ohio

Redondo Beach Triathlon - 3rd, California
Long Beach ITU World Cup - 3rd, California
Xterra South Africa - 5th, South Africa
Xterra Italy - 5th, Italy

A representative from the Xterra Tour did confirm that Cornett had participated in some of their events (the Maui one, specifically) and said that she is a triathlete and "in good shape," but Xterra could not confirm where she placed. According to the results of the 2008 Cleveland Triathlon, Cornett did not finish first. According to the results of the Redondo Beach Triathlon in 2008, she did not come in 3rd. There are no results for the Long Beach ITU World Cup online.

As for her pro surfing career, she lists this:

> Career
> Ranked 2nd, WSA surfing (worldwide)

That's second in the Western Surfing Association, which is an amateur organization and not worldwide. She was not ranked on any of the WSA's lists between the years of 2008 and 2010, according to a representative from that organization. So she's not a professional surfer (or a competing amateur on that circuit) by any stretch of the imagination, even though she's listed as such in many articles and even presented herself as one on the Penn Jillette game show "Identity":



A representative from the Association of Surfing Professionals wrote in an email that no one at their organization has any information on her. Travis Ferre, editor in chief of *Surfing* magazine, had also never heard of Cornett. He added this: "[J]udging by her hometown of Cleveland, and the equipment she uses I

wouldn't bet she's made much money surfing aside from modeling with a board. I've never heard of her in any aspect, let alone surfing."

She has apparently run into a shark, once, though. A 13-footer.



But Cornett seems to have shifted away from surfing and is now focusing on acting and humanitarianism. Her Twitter account actively promotes some of her charities including the most recent Tags4Lives red carpet event in NYC, where she was interviewed by *Us* about her rekindled relationship with Grenier. But her idea of promotion appears to be Twitter-stalking A-listers and asking them to attend. Like this:

> @LeoDiCaprio fellow actress/pro-surfer, my charity's doing a major event in NYC, 9/3, can we get u out? #itsaSTARthing

The Tags4Lives charity home page is here by the way, and, no, it hasn't showed up in Charity Navigator just yet.

So where does this leave poor Dave? With us, it seems, hoping to track down Hannah so he can get the bill settled. But if anyone out there can tells us about the real Hannah, or has run into her—on the red carpet, paddling out for some waves, hopping a bike at a triathlon, smooching with Adrian Grenier—and can let us know why she's been so neglectful about ponying up for her Vegas shopping spree, you'd be doing everyone a great service.

UPDATE: Soon after this story went up, Hannah Cornett deleted her Twitter account, most likely after actual professional surfer Kelly Slater became aware of our story and went all what's-up-brah? on her. Since

then, our pseudo-surfer has outed "Dave" as James Alesi, the real identity of the card owner, on what had been her Twitter account. So to clarify: Hannah Cornett is attempting to impersonate James Alesi on her own Twitter account in a desperate attempt to distance herself from the allegations in this story. Yet, she still forgot to erase her past Tweets below the Alesi apology because, well, this is the type of person who has a history of neglecting obvious details — especially when she's pretending to be someone she's not.



Yes, it's all bizarre and rapidly turning quite sad, but it does give a better glimpse into the mind of Cornett, who is doing what she can to salvage her fantasy world. More tomorrow, if necessary.

Meanwhile, you can read through her remarkable shopping habits on James Alesi's/Dave's card at the Cosmopolitan Hotel.





| | | |
|---|---|---|
| 05/23/2011 | MINIBAR<br>4559 14 ZERO PAPDE JS | 5.11 |
| 05/23/2011 | ROOM SERVICE | 26.44 |
| 05/23/2011 | BAHRASPA AND HAMMAM | 41.05 |
| 05/23/2011 | MINIBAR<br>4559 15 24 COCA COLA | 5.41 |
| 05/23/2011 | MINIBAR<br>4559 16 2011 SMART WATE | 6.45 |
| 05/23/2011<br>XFR FRM | MINIBAR<br>CORNETT HANNA - WE 0027<br>2005 15/153 STEAKSTR | 8.73 |
| 05/23/2011 | MINIBAR<br>4559 19 4 DIGGET COKE | 5.41 |
| 05/23/2011<br>XFR FRM | BAHRASPA AND HAMMAM<br>CORNETT HANNA - WE 0027 | 364.62 |
| 05/23/2011 | BAHRASPA AND HAMMAM | 143.55 |

Scribd.                                                                     1  of 11

64 discussions displayed because an author is participating or following a participant.

20 participants

**A Pimp Named DaveR** ▸ A.J. Daulerio

Unfortunately for Dave, I think he's up shit creek without a paddle on this one legally. He can say that the charges were "fraudulent" all he likes... but he authorized any charges to the room on his card. That sort of ends the "fraud" discussion. Did he *know* that a wide variety of things beyond the minibar could be charged to his card if he left it on the room account? Yes. So there you go. He knew the risk, and took it. When she does what he has authorized her to do, even if he did not *intend* for her to charge so much, she's not committing fraud.

Adding insult to injury — he probably has to file a gift tax return, too, since the gratuitous transfer is over $13k. 5/25/11 10:25am

**Steve U** ▸ A Pimp Named DaveR

Yeah, I agree. Unless she expressly promised Dave that she wouldn't spend above $X, while knowing that, in fact, she intended to spend above $X. Then there would be a misrepresentation on which Dave relied, which could serve as the basis for a fraud claim. But, I doubt there was ever such an express promise and, even if there was, it would come down to he-said, she-said. I would be curious to see the email exchange that the attorney mentioned, which supposedly makes it "very clear" that Dave only agreed to pay for airfare and the hotel room.

In Dave's favor, her email of May 21 is almost an assumption of the debt, so perhaps he could proceed on those grounds.

This really sucks for Dave. I feel like he must have a cause of action, but I'm not sure what it would be.

JudenChino ▸ A Pimp Named Daveli

*but he authorized any charges to the room on his card.*

That only gets the hotel off the hook. If he didn't authorize her to do it then she's still on the hook. The laws are bounded by reasonability, even in Las Vegas.

DubaiAiNight and 16 others...

5 participants

Ray Wert ▸ A.J. Daulerio

I wonder who she was calling at 908-492-0569?

Ray Wert ▸ Ray Wert

Although to be fair, the other number she called WAS a Walgreens in Vegas. Maybe she WAS sick.

Nah.

sloppy_pop ▸ Ray Wert

*Price check for condoms I would assume.*

Paul Was Pierced and 1 others...

5 participants

FEAST ▸ A.J. Daulerio



Here she is hammered on some NBC show called "Identity"



Phintastic ▸ FEAST

scroll up, dude. This is in the story!

tl;dr? 3/15/11 11:40am

Armen Tamzarian ▸ Phintastic

Feast was in my 3rd grade class. 3/15/11 11:33am

Phintastic and 1 others...

1 participant

Steve U ▸ A.J. Daulerio

FYI – you didn't redact her email address from the attorney's letter. 3/15/11 10:40am

Cyrus_the_virus ▸ Steve U

Hehe. I was already writing to her, you sly bastard. 3/15/11 10:42am

2 participants

RMJ-H ▸ A.J. Daulerio

[knocks on door]

Hannah: Who is it?

Dave: Hannah... open up, it's me. Dave.

Hannah: No, Dave's not here.

Dave: It's Dave! D-A-V-E! Will you open up the goddamn door!

Hannah: Dave?

Dave: Yeah, Dave!

Hannah: Dave's not here. 3/15/11 10:45am

Armen Tamzarian ▸ RMJ-H

+1 man 3/15/11 10:53am

Yukimouth2 ▸ RMJ-K

+1 3/15/11 3:54am

Mangini In A Bottle ▸ A.J. Daulerio

"I was lured in by the possibility of a rusty trombone, but in the end, all I got was a Hannah Cornett."

-Dave's original submission to Drunken Hookup Failures 5/15/11 11:11am

scotchnaut ▸ A.J. Daulerio

Despite being a successful businessman, Dave failed in his first attempt as a 'blow-job creator.' 5/15/11 11:24am

4 participants

Blast II, Biggs ▸ A.J. Daulerio

05/23/2011 MINIBAR 240.00

4509 156722 PUDDIN' 9/15/11 10:38am

drjayphd: Now With Hot Gossy Action!

Awwwwwww veeeeeeeeeah. 9/15/11 10:39am

Greek McPapadopoulos ▸ Blast II...

Ha! 9/15/11 11:53am

Theodore Donald Kerabatsos and one other...

RMJ=H ▸ A.J. Daulerio

"Even at that price, I sure wish my room had charged for vitals."

- David Carradine 9/15/11 11:26am

Cyrus_the_virus ▸ A.J. Daulerio

Separate rooms? C'mon Dave, it's Vegas baby! You get the surf *and* the turf!

Dezzie_Does_Dallas ▸ A.J. Daulerio

Quick Hugh Hefner!

You've got a desperate one in need of cash!!!

FEAST ▸ A.J. Daulerio

First time with a prostitute?

2 participants

heywhat ▸ A.J. Daulerio

The chances of him getting his money back are slim to none. If he had told her "no more charging" after finding out about the first set of charges, he would have had a stronger case. But since he let it go, I don't see how that's fraud. It's not like she made charges at places outside of the hotel. I noticed that he threatened to go to the police. Did he? I imagine they told him there was nothing they could do since she didn't steal the card. He authorized the charges. He's wasting money on his attorney.

Istealllamas ▸ heywhat

He authorized charges to the minibar, not a $20k shopping spree. That's like saying that if someone gives his executive assistant his credit card to buy herself lunch and instead she buys a car, well, he'd authorized her to charge the card.

heywhat ▸ Istealllamas

Actually it's not. All of those charges are in line with what she initially charged. She didn't use his card any differently than he intended. Most of the charges are to the minibar and spa. He should have spoken up after the first set of charges. That money is likely lost forever.



**2 participants**

**AngriestGeek** ▸ A.T. Baldwin

Basically, *"I thought I was a player getting me some surfer girl booty, but I got played the hell out."* Bet you this didn't happen to McConughey. 3/1/12 10:2 pm

**WhoDoYouKnowHere** ▸ AngriestGeek

That's as close as McConaughey gets to wearing a shirt. 3/5/11 3:5 am

**shan64** ▸ WhoDoYouKnowHere

Or standing upright. 6/17/12 12:44 pm

**1 participant**

**scarbrij** ▸ A.T. Baldwin

So I can take a chick to Vegas, pay for her room and airfare, put my credit card down to pay for the stuff she charges while we're there together... and if I don't get some "satisfaction" during the trip, I can come back and sue her for the stuff she charges on the card *I* authorized for her room?

Love it. I'm using that one (but note to self: get girl's last known address, employer, phone number, and SS# *before* the trip). 6/10/12 5:56 pm

**scarbrij** ▸ scarbrij

Hanna: just come out and say something to the effect of "This guy and I had a fling; he said go and spend whatever, wherever. I took him up on it! Now he's crying sour grapes because I'm blowing him off." That'll work. In a he said/she said BF/GF situation, the fleecer usually is not found liable to the fleecee. 8/13/13 3:55am

1 participant

SkiBum232 › A.J. Daulerio

Sorry Dave, but you thought you had a new 'hangout buddy'? Is that what dumb rich east coasters call them nowadays?

You paid $20k for probably the worst lap dance in history. Hell for $60k in Vegas a lady of the night will let you kiss her on the mouth and she'll call you baby instead of sugar or honey!

Jeb_Hoge › SkiBum232

Yeah, I gotta agree... you were naive, or hopeful, or just plain dumb, but Dave, you're not getting that money back.

1 participant

JustTheTippingPoint › A.J. Daulerio

The most compelling thing I got out of this story was an explicit "I wasn't going to complain about the small stuff" and no commenter attributing the sentence to Deanna Favre. Over a year later and we're finally moving forward.

And about the moron who let a girl he just met in Vegas have access to his credit card – pay your hookers in cash and you won't have this problem.

Jabber › JustTheTippingPoint

Correction: He met her in NYC douche central, the meatpacking district, and flew her, paid her hotel room, and some ~$20k of worth of hotel amenities all from a brief unlucky meeting.

1 participant

Laboratory › A.J. Daulerio

On June 29th, her Wikipedia page was deleted and replaced with the word "CROOK"

[en.wikipedia.org]

Also, I am ignorant of the inner workings of Twitter. How did the impersonation of "Dave" work? She

renamed her account, added his picture and started tweeting (leaving her original "Hannah Cornett" tweets behind)? She created a new "fake" account for "Dave"? She hacked is real account and started posting? 5/15/11 10:16am

---

jabber ▸ Laboratory                                                                      ☆ 💬

No, This looks like his real account [twitter.com] All she did was put an underscore between his name and took his picture from his work website. 5/15/11 10:19am

---

1 participant

jwaves2007 ▸ A.J. Daulerio                                                               ☆ 💬

I'm guessing that his successful business career means that his family has a successful business. You really can't be that stupid and successful at business. 5/15/11 10:21am

---

Laboratory ▸ jwaves2007                                                                  ☆ 💬

Good call on the family business (at least his bio says that is where he started).

[www.elliman.com] 5/15/11 10:22am

---

1 participant

robster2001 ▸ A.J. Daulerio                                                              ☆ 💬

I don't get it. Did he at least get some sex out of the deal, or didn't he? I mean, if he got taken for $20k and didn't even get one good ride out of it, what was the point, exactly? 5/15/11 11:25am

---

jabber ▸ robster2001                                                                     ☆ 💬

Ergo, that's why he wants his money back. 5/15/11 11:34am

---

1 participant

Chief Illiniwreck ▸ A.J. Daulerio                                                        ☆ 💬

*They had met at the SL Lounge in New York's Meatpacking District*

Ol' Dave apparently has a one-track mind. 5/15/11 12:55pm



jabber → Caine Hitchcock

That should have been the first warning sign.

1 participant

NigelAstydamela → A.J. Dauterio

Actually, Dave, I think your dick is responsible for that bill.

jabber → NigelAstydamela

Especially when he let it do all the thinking for him.

1 participant

Laboratory → A.J. Dauterio

I'm surprised that no one has asked the most obvious question:

Did he get any?

Cinjun → Laboratory

I'm pretty sure if he had, there'd be no dispute over the bill.

1 participant

Fuzzy Dunlop → A.J. Dauterio

Sounds like Dave is both the schlemiel and schlemazel of our website.

jabber → Fuzzy Dunlop

Hopefully, he's incorporated Hasenpfeffer.

1 participant

atastymint → A.J. Dauterio

I know where she is - fly me out to Las Vegas and I'll tell you everything



"Where does this leave poor Dave?"

Looking like one of these. 8/8/11 11:10am

---

**theholwonder** • A.J. Daulerio

Someone at the hotel really should have stepped up and contacted Dave when the $1000+ charges started hitting. I remember being 10 or 11 years old and buying an hour of N64 time at a La Quinta that I was staying in with my parents while they got some work done on our house. The front desk called my dad at work to make sure that he knew that I had done that (Which He didn't. He made me clean the attic to repay the debt). I get that it's Vegas and people throw cash around like it's nothing...but c'mon! 8/8/11 12:58pm

---

**Shiver** • A.J. Daulerio

"Turning quite sad"? This was sad the moment this idiot decided to write to Deadspin and show the lengths to which he would go to try to get some pussy and fall miserably. This situation definitely falls under the tough shitsky rule. It's his card, and he's responsible for the charges. End of story 8/8/11 8:01am

---

**justin.marble** • A.J. Daulerio

So a fake actress is possibly faking her relationship with a fake actor known for playing a fake actor? 8/8/11 11:39am

---

**Nickolasss** • A.J. Daulerio

My objective? Well I object to taking a girl to Vegas, covering her flight/room/incidentals/food/booze/return flight and then she won't put out for you! 8/8/11 10:27am



Sneed's Bald Spot ▸ A.J. Daulerio

If she's that good at handling a New York prick, I think here in the Valley we might have the casting space to help her pay the bill. *Pole Surfer* sounds like it's got potential. 9/15/11 10:37am

Barbarobicsinstructor ▸ A.J. Daulerio

Hanna's credibility took yet another hit when Dave finally received a response from her attorney, a Mr. Bill S. Preston, Esq. 9/15/11 10:43am

whiskerbisket ▸ A.J. Daulerio

Does it make me a bad person that I have not an ounce of sympathy for him?

No, it's probably all the other stuff that does. 9/15/11 10:50am

ClueHeywood ▸ A.J. Daulerio

You're a pro surfer and elite triathlete, eh? Well I'm a world famous internet sports comedy writer, and six time winner of the prestigious "gold star" award for dick joke achievement. 9/15/11 10:58am

LUV_TRUK ▸ A.J. Daulerio

One of the advantages of being broke – no gold digger problems. Finally, my plan is paying off! 9/15/11 11:03am

DiffikultD ▸ A.J. Daulerio

anyone else notice that Miss Classy spent $7.57 for a Pabst???!

Seriously, the Cosmopolitan Hotel is stocking their mini-bars with PB-motherfucking-R. 9/5/11 11:23am

**Ugarles** ▸ A.J. Daulerio ★ 🔲

Once you found out that she wasn't actually a pro surfer, doesn't this belong over on Gawker? They have a sideline in "_____er Grifter" news that doesn't have any sports connection (except Kareem Abdul-Jabbar puns). 9/5/11 11:44am

**IsoldmysoultoMilhouseVanhouten** ★ 🔲

It looks like she paid $10.81 for a "Romance Kit"

I wonder who she used that with. 9/5/11 11:47am

**ChurchofRealism** ▸ A.J. Daulerio ★ 🔲

I want to know who she used the romance kit on because its obvious she was screwing someone else besides Dave. 9/5/11 11:48am

**Dog and a Beer** ▸ A.J. Daulerio ★ 🔲

Looks like the minibar markup on PBR in Vegas is pretty close to the hipster markup on it in Brooklyn. 9/5/11 11:56am

**Big Willis Style** ▸ A.J. Daulerio ★ 🔲

I find myself unreasonably angry that she would lie about her Triathlon accomplishments. 9/5/11 12:27pm

**Charlie's Misplaced Staple** ▸ A.J. Daulerio

Unbelievable. Thanks, AJ, for becoming the first person associated with moveable type to use the words "A-list" and "Grenier" in successive sentences.

/looking around for a credit card with a free $20K limit on it

**rb1971 - black M, black M roadster inka E9 with S38 & 66 conti** ▸ A.J. Da...

I heard from a friend of a friend that if you had $20k to blow in Vegas for a weekend, you could have more girls than you could shake your stick at. And you'd be almost guaranteed to use more than one ROMANCE KL.

**Streets_Ahead** ▸ A.J. Daulerio

This was just posted so we could all make fun of Dave right? Or is 'Dave' one of you all's boss?

**BubbaZanetti** ▸ A.J. Daulerio

Can someone summarize this brutal wall of boring text. While you're at it, please inform my why I should care about this person and said wall of text. Thanks.

**gaim666** ▸ A.J. Da... ★ ✉

Dave, this is for you. 3/15/11 2.73pm

Jobu81 › A.I. Onliers.

Just think "Dave" now you can take another girl back to Vegas with the miles she incurred for you.
3/15/11 4.53pm

Captain Tripps › A.I. Bathrido.

I wonder if she's done it before, and was expecting him to keep it quiet out of embarrassment? 3/15/11 10.45am

muylwa › A.I. Onliers.

Not sure, but I "think" the phone number she called is printed on the bill - I think it's in the format Room
number - phone number called - time of call. I wonder if that's useful at all. 3/17/11 11:00am

Jack Edwards Hair Piece › A.I. Dau...

Surfer Grifter? Sounds like a Butthole to me. 3/15/11 9.30am

Tyler Knew and Turk! Wendell Ate Won Too › ?

That confirms what I always suspected about DiCaprio. 3/15/11 9.35am



Straight Outta Erik Compton · A....    ⭐ 💬
We call this the anti-Bethany Hamilton. 9/15/11 10:24am

Chunga · A.J. Daniels.    ⭐ 💬
So what have the lawyers been doing for 3 months? 9/15/11 10:24am

Armen Tamzarian · A....    ⭐ 💬
So where does this leave poor Dave?
/presses buzzer
Up shits creek. 9/15/11 10:30am

HowardRoarkLaughed · A.J. Da...    ⭐ 💬
Sounds like a job for Franklin and Bash! 9/15/11 10:18am

Donnie Iris · A.J. Daniels.    ⭐ 💬
Wherever she is, I'm willing to bet that she's well hydrated. 9/15/11 10:40am

Diesel · A.J. Daniels.    ⭐ 💬
Sounds like a hooker story. Should have been a dead hooker story. 9/15/11 11:33am



AnneV6 ▸ A.J. Daulerio ★ ▨

Wait, was this Dave's first time staying in a hotel and/or meeting a human being? 9/15/11 1:45pm

customhandjob ▸ A.J. Daulerio ★ ▨

I just enjoy the fact that they have Pabst Blue Ribbon in the mini bar 9/15/11 1:58pm

customhandjob ▸ A.J. Daulerio ★ ▨

I'm just like the fact that there are Pabst Blue Ribbon in the mini bar. Stay classy 9/15/11 2:06pm

Senor_Macho_Solo ▸ A.J. Daulerio ★ ▨

She didn't go to Wicked Spoon ? That place is sick! 9/16/11 9:44am

wrhex04 ▸ A.J. Daulerio ★ ▨

Bet that thirteen *footer* played for Cavaliers. Booyah! 9/15/11 11:38am

MORE SURFER GRIFTER STORIES

# The Surfer Grifter Surfaces, Hires Attorney, Threatens Lawsuit, Etc.





SURFER GRIFTER

A.J. DAULERIO

And...exhale. Not-so-pro surfer Hannah Cornett has retained the services of a Beverly Hills attorney named Michael Kernan to pull together a sloppy cease-and-desist letter to James Alesi (credit card sucker) and A.J. Daulerio (me!), accusing us of "libel, false claims, negligent misrepresentation" and whatever other shit ...

## Surfer Grifter Hits The Red Carpet At The Emmys, Possibly Responds To...





SURFER GRIFTER
A.J. DAULERIO

The weird tale of Hannah Cornett has taken a turn for the weirder. After a brief Twitter meltdown last Thursday, in which she posed as James Alesi, the New York real estate broker who'd accused her of running up $20K in charges on his credit card at a Las Vegas hotel, she fell silent. Then, on Sunday night, she posted...

# Hannah Cornett, The Surfer Grifter, Once Dated Tim Couch



SURFER GRIFTER
JACK DICKEY

Reader Jim (no, not the "Dave" from yesterday's Surfer Grifter story) calls our attention to a story in the *Cleveland Plain Dealer* from 2008, concerning Hannah Cornett, the very same Surfer Grifter. Apparently she worked for the Browns in the early 2000s, and while under their employ as a web designer, she dated starting ...

Captured by HMA at 13:59:57, 01-08-2013.
The Surfer Grifter: The Weird Tale Of Hannah Cornett And Her $20K Vegas Hotel Bill (UPDATE)
[http://deadspin.com/5839501/the-surfer-grifter-the-weird-tale-of-hannah-cornett-and-her-20k-vegas-hotel-bill]

# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

Electronically Filed
08/01/2013 03:25:28 PM

*[signature]*

**CLERK OF THE COURT**

**IAFD**
Airene Williamson, Esq.
Nevada State Bar #11594
Williamson Law Office, PLLC
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone: (702) 823-3311
Facsimile: (702) 309-1085
E-mail: awilliamson@wlawoffice.com

Of Counsel
(*Pro Hac Vice* Application To Be Filed)

Stephen M. Kernan
The Kernan Law Firm
9663 Santa Monica Blvd., 450
Beverly Hills, California 90210
Telephone: (310) 490-9777

Attorneys for Plaintiff
HANNAH CORNETT

**DISTRICT COURT OF NEVADA, EIGHTH JUDICIAL DISTRICT**

**FOR CLARK COUNTY**

| | |
|---|---|
| HANNAH CORNETT, an individual, | ) |
| | ) CASE NO. A-13-686333-C |
| Plaintiff, | ) |
| | ) DEPT NO. I |
| v. | ) |
| | ) |
| GAWKER MEDIA, LLC, a limited liability | ) |
| company; A.J. DAULERIO, an individual; and | ) |
| DOES 1 through 20, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are

submitted for parties appearing in the above entitled action as indicated below:

WILLIAMSON LAW OFFICE, PLLC

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| New Complaint Fee | 1st Appearance Fee |
|---|---|
| ☐ $1530 ☐ $520 ☐ $299 ☒ $270.00 | ☐ $1483.00 ☐ $473.00 $223.00 |

Name:Hannah Cornett

| | ☐ $30 |
|---|---|
| | ☐ $30 |
| | ☐ $30 |
| | ☐ $30 |

☐ Total of Continuation Sheet Attached          ☐ $_____

TOTAL REMITTED: (Required)          Total Paid          $ 270.00

DATED this 1 day of August, 2013.

Airene Williamson, Esq.
Nevada State Bar # 11594
Attorney for the Plaintiff

WILLIAMSON LAW OFFICE, PLLC

2

# EXHIBIT C

# EXHIBIT C

# EXHIBIT C

Electronically Filed
08/02/2013 10:51:13 AM

*(signature)*

**CLERK OF THE COURT**

**SUMM**
Airene Williamson, Esq.
Nevada State Bar #11594
Williamson Law Office, PLLC
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone: (702) 823-3311
Facsimile: (702) 309-1085
E-mail: awilliamson@wlawoffice.com

Of Counsel
(*Pro Hac Vice* Application To Be Filed)

Stephen M. Kernan
The Kernan Law Firm
9663 Santa Monica Blvd., 450
Beverly Hills, California 90210
Telephone: (310) 490-9777

Attorneys for Plaintiff
HANNAH CORNETT

DISTRICT COURT OF NEVADA, EIGHTH JUDICIAL DISTRICT

FOR CLARK COUNTY

| | |
|---|---|
| HANNAH CORNETT, an individual, | CASE NO. A-13-686333-C |
| Plaintiff, | DEPT NO. 1 |
| v. | |
| GAWKER MEDIA, LLC, a limited liability company; A.J. DAULERIO, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |

**SUMMONS**

**NOTICE!   YOU HAVE BEEN SUED.   THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.   READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

    1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on

*(vertical left margin)* WILLIAMSON LAW OFFICE, PLLC

1

1
2
3

you exclusive of the day of service, you must do the following:

    a.    File with the clerk of this Court, whose address is shown below, a formal written response to the Counterclaim in accordance with the rules of the court.

    b.    Serve a copy of your response upon the attorney whose name and address is shown below.

4
5
6

2.    Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

7
8

3.    If you intend to seek the advice of any attorney in this matter, you should do so promptly so that your response may be filed on time.

9
10

4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission member and legislators, each have 45 days after service of this summons within which to file an answer to the counterclaim.

11
12

Issued at the direction of:

CLERK OF COURT:

13
14

_____  8/2/2013

AIRENE WILLIAMSON, ESQ.    DATE

JOSEFINA SAN JUAN

AUG 0 2 2013

15
16
17

Nevada Bar No. 11594
1060 Wigwam Parkway
Henderson, NV 89074
Attorney for Plaintiff

DEPUTY CLERK:    DATE
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

18
19
20
21
22
23
24
25
26
27
28

WILLIAMSON LAW OFFICE, PLLC

2

# EXHIBIT D

# EXHIBIT D

# EXHIBIT D

Electronically Filed
08/09/2013 07:07:29 AM

| Attorney or Party without Attorney:<br>AIRENE WILLIAMSON, ESQ., #11594<br>WILLIAMSON LAW OFFICE, PLLC<br>1060 WIGWAM PARKWAY<br>HENDERSON, NV 89074<br>Telephone No: 702-823-3311        FAX No: 702-309-1085 | For Court Use Only<br><br>CLERK OF THE COURT |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
  District Court Of Nevada, Eighth Judicial District For Clark County

Plaintiff: HANNAH CORNETT, ETC.

Defendant: GAWKER MEDIA, LLC, ETC., ET AL.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>A-13-686333-C |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET.

3. a. Party served:      GAWKER MEDIA, LLC, A LIMITED LIABILITY COMPANY
   b. Person served:     MELANIE MCGRATH, BUSINESS FILINGS, INC., REGISTERED AGENT.

4. Address where the party was served:    108 W. 13TH STREET
                                          WILMINGTON, DE 19801

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive
      process for the party (1) on: Fri., Aug. 02, 2013 (2) at: 3:35PM

7. Person Who Served Papers:                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOHN A. GARBER                         d.  The Fee for Service was:

                                             e.  I am: Not a Registered California Process Server



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone    (213) 250-9111
Fax          (213) 250-1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Aug. 06, 2013

Judicial Council Form                      PROOF OF SERVICE                    (JOHN A. GARBER)    3625075  .wlo.548652
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT

# EXHIBIT E

# EXHIBIT E

# EXHIBIT E

Electronically Filed
08/09/2013 02:59:53 PM

CLERK OF THE COURT

1   **NPNCB**
    Airene Williamson, Esq.
2   Nevada State Bar #11594
    Williamson Law Office, PLLC
3   1060 Wigwam Parkway
    Henderson, Nevada 89074
4   Telephone: (702) 823-3311
    Facsimile: (702) 309-1085
5   E-mail: awilliamson@wlawoffice.com

6   Of Counsel
    (*Pro Hac Vice* Application To Be Filed)
7
    Stephen M. Kernan
8   The Kernan Law Firm
    9663 Santa Monica Blvd., 450
9   Beverly Hills, California 90210
    Telephone: (310) 490-9777
10
    Attorneys for Plaintiff
11  HANNAH CORNETT

12

13          DISTRICT COURT OF NEVADA, EIGHTH JUDICIAL DISTRICT

14                          FOR CLARK COUNTY

15  HANNAH CORNETT, an individual,        )
                                          )   CASE NO. A-13-686333-C
16              Plaintiff,                 )
                                          )   DEPT NO. 1
17      v.                                 )
                                          )
18  GAWKER MEDIA, LLC, a limited liability)
19  company; A.J. DAULERIO, an individual; and )
    DOES 1 through 20, inclusive,         )
20                                         )
21              Defendants.                )
                                          )
22  _____)

23

24          NOTICE OF POSTING OF NON-RESIDENT COST BOND

25      Pursuant to NRS 18.130, Plaintiff hereby posts to the Court Clerk a Bond in the amount of

26  Five Hundred dollars ($500.00), a true and correct copy of which is attached hereto as Exhibit "A".

27      ...

28      ...

                                    1

DATED this 8th day of August, 2013.

Airene Williamson, Esq.
Nevada State Bar # 11594
Attorney for the Plaintiff

WILLIAMSON LAW OFFICE, PLLC

2

**CERTIFICATE OF MAILING**

The undersigned, an employee of the law firm of WILLIAMSON LAW OFFICE, PLLC, hereby certifies that on August 9, 2013 she served a copy of the foregoing NOTICE **OF POSTING OF NON-RESIDENT COST BOND** by placing said copy in an envelope, postage fully prepaid, in the U.S. Mail at Las Vegas, Nevada, said envelope(s) addressed to:

Gawker Media LLC
Business Filings Incorporated, Registered Agent
108 West 13th Street
Wilmington, DE 19801
Tel: (800) 981-7183

Employee of Williamson Law Office, PLLC

WILLIAMSON LAW OFFICE, PLLC

3

EXHIBIT "A"

# OFFICIAL RECEIPT
### District Court Clerk of the Court 200 Lewis Ave, 3rd Floor Las Vegas, NV 89101

Payor
Williamson Law Office PLLC

Receipt No.
**2013-96587-CCCLK**

Transaction Date
08/9/2013

| Description | Amount Paid |
|---|---|

On Behalf Of Cornett, Hannah
    A-13-686333-C
    Hannah Cornett, Plaintiff(s) vs. Gawker Media LLC, Defendant(s)
SECURITY COST BOND

|  |  |
|---|---|
| SECURITY COST BOND | 500.00 |
| SUBTOTAL | 500.00 |
| **PAYMENT TOTAL** | **500.00** |
| Check (Ref #1048) Tendered | 500.00 |
| Total Tendered | 500.00 |
| Change | 0.00 |

08/09/2013          Cashier          Audit
10:30 AM          Station AIKO          32117577

# OFFICIAL RECEIPT