# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HANNAH CORNETT, ) | Case No. 2:13-cv-01579-GMN-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| GAWKER MEDIA, LLC, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiffs' Rule 26(f) Report and Discovery Plan (#42), filed on November 13, 2013.  The Court also considered Declaration of Stephen Kernan (#43), filed on November 13, 2013.

The Court has reviewed the Plan and finds that it does not comply with Local Rule ("LR") 26-1.  LR 26-1(d) provides that "the parties shall submit a stipulated discovery plan and scheduling order."  Although Plaintiff indicates that the parties met for the Federal Rule of Civil Procedure 26(f) meeting on October 10, 2013, LR 26-1(d) requires the submission of a joint proposed discovery plan and scheduling order.  Additionally, on October 30, 2013, the Court issued an order temporarily staying discovery, including jurisdictional discovery, until an order is issued on Defendant's Motion for Protective Order (#30) after the briefing process is completed in the normal course pursuant to Local Rule 7-2.  *See* Order #36.  Plaintiff contends that this order does not affect the requirement to submit a proposed discovery plan and scheduling order.  The Court disagrees given that its order was very clear that a stay of all discovery is imposed.  Accordingly, Plaintiff's submission of a one-sided, proposed discovery plan violates both LR 26-1 and the temporary stay of discovery commenced on October 30, 2013.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Rule 26(f) Report and Discovery Plan (#42) is **denied.**

1    DATED this 14th day of November, 2013.

                                        _____
                                        **C.W. Hoffman, Jr.**
                                        **United States Magistrate Judge**